IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

RUSSELL D. SOPPE, )
)
        Plaintiff, ) No. C05-2072 EJM
)
vs. ) ORDER
)
JO ANNE B. BARNHART, )
Commissioner of Social Security, )
)
        Defendant. )

This matter is before the court on defendant's resisted Motion to Alter or Amend Judgment, filed May 11, 2006. Denied.

On May 2, 2006, the court entered an order reversing and remanding this social security case for payment of benefits. The court there concluded that the Commissioner did not afford appropriate weight to the views of treating physicians, including Dr. Joseph Chen, Medical Director of the University of Iowa's Spine Research and Rehabilitation program, who conducted substantial post-operative follow-up of plaintiff. See T. 225-226, 518, 526, 527. See also T. 204-205 (treating physician Johnson). The court then found that the Commissioner's decision was not supported by substantial evidence on the record as a whole, and that when the views of the treating physicians were given the weight to which they were entitled, the record established that plaintiff was unable to engage in substantial gainful activity, day in and day out, in the "sometimes

competitive and stressful conditions in which real people work in the real world." McCoy v. Schweiker, 683 F2d 1138, 1147 (8th Cir. 1982) (en banc).

Defendant now urges that rather than reviewing the matter to determine whether the ALJ's findings were supported by substantial evidence on the record as a whole, the court undertook independent fact-finding and weighing of the evidence, improperly considering medical opinions. Defendant specifically asserts that the opinion of Dr. Chen is inconsistent with other evidence of record, most critically that of Dr. Clark, the treating orthopedic surgeon. Defendant requests that the court alter its decision to affirm the Commissioner, or remand for further proceedings to permit the Commissioner to reevaluate all medical opinions.

Upon review, it is the court's view that defendant has not come forward with grounds warranting the relief sought, particularly in light of Dr. Chen's substantial longitudinal post-operative treatment of plaintiff as noted in the court's order of May 2, 2006.

It is therefore

ORDERED

Denied.

June 22, 2006.

*Edward J. McManus*, Judge
UNITED STATES DISTRICT COURT